THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY WATKINS, Defendant-Appellant.

(No. 58198; )

First District—January 29, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.